IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| **THE REDEEMED CHRISTIAN CHURCH OF GOD (VICTORY TEMPLE) BOWIE, MARYLAND,** 13701 Old Annapolis Rd., Bowie, MD 20720, <br><br> Plaintiff <br><br> v. <br><br> **PRINCE GEORGE'S COUNTY, MARYLAND, Office of Law** 1301 McCormick Dr., Ste. 4100, Largo, MD 20774, <br><br> Defendant | * * * * * * * * * * * * * * * * * * | Case No. _____ |

* * * * * * * * * * * * *

**COMPLAINT FOR PRELIMINARY AND
PERMANENT INJUNCTIVE RELIEF AND DAMAGES**

The Redeemed Christian Church of God (Victory Temple) Bowie, Maryland ("Victory Temple" or the "Church"), through undersigned counsel, sues Prince George's County, Maryland (the "County") for violating the Religious Land Use and Institutionalized Persons Act of 2000 (RLUIPA), 42 U.S.C. §§ 2000cc *et seq.*, and alleges as follows:

675046

## PARTIES

1. Victory Temple is a religious corporation organized under the laws of the State of Maryland and located at 13701 Old Annapolis Road in Bowie, Maryland, 20720.

2. The County is a charter county pursuant to Md. Code Ann., Local Gov't § 9-201 *et seq.*, with its county seat located in Upper Marlboro, Maryland. The County's executive branch is governed by the County Executive. The County's legislative branch is governed by the County Council.

## JURISDICTION AND VENUE

3. This Court has subject-matter jurisdiction over this action pursuant to 42 U.S.C. § 2000cc-2(a) and 28 U.S.C. § 1331, as Victory Temple's RLUIPA claim arises under federal law.

4. This Court has personal jurisdiction over the parties, as both parties are located in Maryland and all events complained of occurred in Maryland.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b).

## FACTUAL ALLEGATIONS

### The Redeemed Christian Church of God

6. Victory Temple is a religious congregation associated with the Redeemed Christian Church of God ("RCCG"), a Christian denomination with over 20,000 parishes worldwide, including over 500 parishes in the United States and 47 in Maryland.

7. Victory Temple was founded in 1996 and moved to its present location at 13701 Old Annapolis Road, Bowie, MD (the "Old Annapolis Road site") in 2002. At the time of its move, Victory Temple had approximately 500 registered members.

8. Over the past seventeen years, the Church's membership has grown steadily. Today, Victory Temple serves over 2,000 adult members, along with approximately 350 children and teenagers.

9. The Church's growth is central to its religious objectives and mission. The RCCG is an evangelical and Pentecostal denomination. Its core beliefs align with those of other mainstream evangelical denominations. The RCCG, like many evangelical denominations, believes that we are living on the cusp of the end times, in which believers will enter eternal life and non-believers will be faced with eternal punishment. The RCCG's eschatological anxiety and urgency is an important driving force behind its evangelism. The church believes that it must work quickly to recruit as many followers of Christ as possible.

10. As an outgrowth of that evangelistic mission, the RCCG seeks to expand and open parishes all over the world. The RCCG believes that the people of God are called to spread the gospel of Christ to all nations. A key part of the RCCG's mission is to plant a church within five minutes' walking distance of every city and town in developing countries, and five minutes' driving distance of every city and town in

3

developed countries. The RCCG's goal is to do everything possible to win souls for the kingdom of God. Victory Temple's mission, therefore, is to continue to expand its membership as it has in the past and to bring more people to a belief in Jesus Christ.

### Limitations of the Old Annapolis Road Site

11. The Old Annapolis Road site, a former Ethan Allen furniture store, is too small to accommodate Victory Temple's growing congregation.

12. On the first Sunday of each month, when Victory Temple holds only one service for the community, and on religious holidays, the congregation exceeds the building's capacity.

13. On other Sundays, when Victory Temple holds services continuously from 7:30 a.m. until 1:00 p.m., the sanctuary is crowded and uncomfortable.

14. Because the parking lot that serves the Old Annapolis Road site cannot accommodate all parishioners' vehicles, traffic in and out of the site must be controlled by off-duty police hired by the Church, and members are often forced to park along the shoulder of Old Annapolis Road.

15. Because the Old Annapolis Road site is so small, the Church has been forced to rent a separate property at 13633 Old Annapolis Road as a house of worship for its teenagers. Teenagers are thus unable to worship alongside their parents.

16. Because the Old Annapolis Road site is so small, Sunday school classes are overcrowded and chaotic.

17. Because the Old Annapolis Road site is so small, the Church cannot accommodate a fellowship hall, or facilities for its young people to engage in fellowship and community service, or offices from which the Church's charitable programs could be administered. These limitations are exceedingly burdensome for the Church, as family fellowship and charitable giving are pillars of the Church's belief system.

### The Mount Oak Road Site

18. In February 2018, Victory Temple purchased four parcels of land located at 14403 Mount Oak Road, Bowie, MD, totaling 28.73 acres (the "Mount Oak Road site").

19. The Mount Oak Road site is zoned R-E (Residential Estate), a zone in which a church is an expressly permitted use. *See* Ex. 1 (showing the proximity of the Mount Oak Road site to other church sites); Ex. 2 (email discussing origins of Church Road adjoining Mount Oak Road site).

20. The Mount Oak Road site is within the Prince George's County Sewer Envelope, which is the area within which public water and sewer facilities may be approved. A map showing the sewer service status of the area around the Mount Oak Road site is attached hereto as Exhibit 3.

21. Victory Temple wishes to use the Mount Oak Road site to construct a 60,000 square foot church facility that can adequately house its growing congregation. *See* Ex. 4

675046

(conceptual design of church and lot); Ex. 5 (email describing church project as in its "infant stage").

22. After purchasing the Mount Oak Road site, Victory Temple submitted an application to the County's Department of Permitting, Inspections and Enforcement to amend the County's 2008 Water and Sewer Plan as a first step in the development process. A copy of Victory Temple's application is attached hereto as Exhibit 6. A copy of the 2008 Water and Sewer Plan is attached hereto as Exhibit 7.

23. Victory Temple's requested amendment would upgrade the Mount Oak Road site's water and sewer category from Category 5 (Future Community System) to Category 4 (Community System Adequate for Development Planning).

24. The proposed upgrade would allow public water and sewer service to eventually be supplied to the Mount Oak Road site. Under the Water and Sewer Plan, this redesignation is required before the development review process begins.

25. Victory Temple's anticipated church facility would not be adequately served by a well and septic system, which is the only water and sewer option available to properties designated Category 5. Public water and sewer facilities are essential.

26. The proposed upgrade is a necessary first step in the development process for the site. The second step is the submission of a preliminary plan of subdivision to the Maryland-National Capital Park and Planning Commission ("M-NCPPC"), Prince

George's County Planning Board. The Planning Board may not approve a preliminary plan unless the property has adequate public facilities, including public sewer and water.

27. Every government agency to consider Victory Temple's application recommended that it be approved.

28. The City Manager for the City of Bowie concluded that the Mount Oak Road site meets the criteria for advancement to Category 4 and observed that many of the surrounding properties have already been classified Category 3 (Community System). A copy of the City Manager's recommendation memo is attached hereto as Exhibit 8.

29. The M-NCPPC recommended that the Mount Oak Road site advance to Category 4. A copy of the M-NCPPC's recommendation letter and staff report is attached hereto as Exhibit 9.

30. The County Executive, Angela Alsobrooks, likewise recommended that the Mount Oak Road site advance to Category 4. A copy of the County Executive's recommendation letter is attached hereto as Exhibit 10.

31. Despite the favorable recommendations of the County Executive, M-NCPPC, civil servants, and technical staff, the County Council voted on May 7, 2019 to deny Victory Temple's requested amendment. A copy of the resolution reflecting that denial decision is attached hereto as Exhibit 11.

32. The County Council's denial decision followed public hearings at which members of the community expressed opposition to Victory Temple's plan to build a church at the Mount Oak Road site.

33. In a committee report, the County Council's Transportation, Infrastructure, Energy and Environment Committee acknowledged its reliance on community opposition in rejecting the proposed amendment. A copy of that committee report is attached hereto as Exhibit 12. A copy of a community petition showing community opposition to the proposed amendment is attached hereto as Exhibit 13. A transcript of the April 16, 2019, hearing at which community members testified is attached hereto as Exhibit 14.

34. In defending the committee's decision, County Council Chair Todd Turner referred to testimony by community members who opposed construction of the church and insisted that the denial decision would not preclude Victory Temple from developing its property in the future, "consistent with the community character." A transcript of the April 23, 2019, hearing at which Chair Turner made these remarks is attached hereto as Exhibit 15.

35. As a result of the County Council's denial decision, Victory Temple has been unable to proceed with its plan to develop the Mount Oak Road site, because it cannot proceed to the necessary preliminary planning stage.

675046

36. Victory Temple continues to hold Sunday services and conduct other Church business at its Old Annapolis Road site. It has incurred and continues to incur damages by having to pay expenses for two church properties.

37. On July 12, 2019, Victory Temple sent a demand letter to County Executive Alsobrooks and County Council Chair Turner. A copy of that demand letter is attached hereto as Exhibit 16.

38. In its letter, Victory Temple informed the County that the denial of Victory Temple's application to amend the 2008 Water and Sewer Plan substantially burdened Victory Temple's religious exercise rights in violation of RLUIPA. Victory Temple demanded that the County cure the violation by approving its request for a water and sewer category change from Category 5 to Category 4 during the next regularly scheduled Cycle of Amendments. Victory Temple also demanded that the County pay the attorneys' fees Victory Temple had incurred in investigating its RLUIPA claim.

39. On July 28, 2019, an attorney for the County Council responded to Victory Temple, denying any RLUIPA violation and asserting that an investigation was underway but that "an exhaustive analysis and response" to Victory Temple's letter "does not appear warranted or appropriate at this time." A copy of the County Council's letter is attached hereto as Exhibit 17.

40. The County Council has not further responded to Victory Temple's letter, and the County's RLUIPA violation has not been cured.

41. As a result of the County Council's action, Victory Temple cannot proceed to build a church on the property that will serve to meet its religious mission. The Church incurred substantial costs to acquire and begin planning to develop the property, which the Church expected to be able to do because of the zoning. Instead, the Church now incurs the expenses of holding two properties, only one of which it can use for its sanctuary—the one that is inadequate to serve its religious needs.

## COUNT I
## Violation of RLUIPA / Substantial Burden

42. Victory Temple re-alleges and incorporates the allegations contained in all of the foregoing paragraphs of the Complaint.

43. The County Council's denial of Victory Temple's application to amend the 2008 Water and Sewer Plan constitutes an implementation of a land use regulation under which a government makes individualized assessments of the proposed uses for the property, within the meaning of 42 U.S.C. § 2000cc(a)(2)(C).

44. The County Council's denial of Victory Temple's application to amend the 2008 Water and Sewer Plan has imposed a substantial burden on Victory Temple's religious exercise in violation of 42 U.S.C. § 2000cc(a)(1).

45. The County Council's denial decision is not in furtherance of a compelling governmental interest.

46. The County Council's denial decision is not the least restrictive means of furthering any governmental interest.

47. The harm caused to Victory Temple by the County Council's denial decision has not been remedied but continues to the present.

**WHEREFORE**, Victory Temple respectfully requests that this Court:

A. Enter judgment in favor of Victory Temple and against the County;

B. Declare that the County has substantially burdened Victory Temple's religious exercise rights in violation of RLUIPA;

C. Enter preliminary and permanent injunctive relief against the County and order the County to promptly grant Victory Temple's request to upgrade the water and sewer category for the Mount Oak Road site from Category 5 to Category 4;

D. Award Victory Temple monetary damages in an amount to be proven at trial, as well as pre- and post-judgment interest, costs and expenses, and reasonable attorneys' fees; and

E. Grant such and other further relief as the Court deems just and proper.

Respectfully submitted,

**GALLAGHER EVELIUS & JONES LLP**

   /s/ Ward B. Coe III
Ward B. Coe III (Fed. Bar # 00282)
Meghan K. Casey (Fed. Bar # 28958)
Joseph C. Dugan (Fed. Bar # 19637)
218 North Charles Street, Suite 400
Baltimore MD 21201
Telephone:  410-727-7702
Facsimile:  410-468-2786
wcoe@gejlaw.com
mcasey@gejlaw.com
jdugan@gejlaw.com

*Attorneys for the Redeemed Christian Church of God (Victory Temple) Bowie, Maryland*

Date:  November 22, 2019